Carol Bauch, a Minor, by Priscilla D. Bauch, Her Grandmother and Next Friend, Appellant, v. Bee Line Service, Inc., a Corporation, and Eldon Spencer, Appellees.

Gen. No. 11,322.

Second District, First Division.

June 2, 1960.

Knight, Ingrassia, Bourland and Roszkowski, of Rockford, Ralph P. Sheridan, of Freeport, for appellant; Burrell and Holtan, of Freeport, for appellee. Opinion by PRESIDING JUSTICE McNEAL. **Not to be published in full.**